LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANTHONY MENICHIELLO**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **COLDWELL BANKER REAL ESTATE LLC, MALAKAI SPARKS GROUP**, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 8:16-cv-00656-JVS-DFM <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 12th day of July, 2016.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 12th day of July, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable James V. Selna
United States District Court
Central District of California

Scott R Albrecht
Samuels Green Steel and Adams

This 12th day of July, 2016.

s/Todd M. Friedman
Todd M. Friedman