JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Menichiello, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Coldwell Banker Real Estate LLC, ) <br> et al., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | SACV 16-00656 JVS (DFMx) <br><br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: July 12, 2016

_____
James V. Selna
United States District Judge